**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01971-ZLW

EARL JOSEPH LOOSE, a.k.a. EARL CROWNHART,

    Plaintiff,

v.

STATE HOSPITAL C.M.H.P., and
SUSIE JOHNSON,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    The motion to file a tax violation (Doc. No. 24) filed on November 30, 2010, by Plaintiff is DENIED as inappropriate.  This case was dismissed by an order and a judgment filed on November 29, 2010.  Any further inappropriate filings in this action will be stricken.

Dated:  December 3, 2010